**Order entered December 4, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01379-CV

**AUTOBUSES EJECUTIVOS, LLC AND
OMNIBUS MEXICANOS, SA DE CV, Petitioners**

**V.**

**AGUSTINA CUEVAS, INDIVIDUALLY AND AS NEXT FRIEND
OF G.C., A MINOR; AND MONICA CUEVAS, INDIVIDUALLY;
MARIA ROSALINA PEREZ, INDIVIDUALLY AND AS
NEXT FRIEND OF C.P., JR. AND A.P., MINORS, Respondents**

**On Appeal from the 101st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-12-07459**

## ORDER

Based on our opinion of today's date, we **DENY** petitioners' petition for permissive appeal and motion to stay. We **ORDER** that petitioners bear the costs of this appeal.


/s/     MICHAEL J. O'NEILL
            JUSTICE